UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GORDON GAMM, et al., Individually and on
Behalf of all others similarly situated,
                         Plaintiffs,

      -against-                                    16 CIVIL 8420 (RMB)

                                    **JUDGMENT**

SANDERSON FARMS, INC., et al.,
                        Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/18

Defendants having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on January 19, 2018, having rendered its Order granting Defendants' motion to dismiss with prejudice and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 19, 2018, Defendants' motion to dismiss is granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
        January 19, 2018

                                              RUBY J. KRAJICK

                                              Clerk of Court
                        BY:
                                              **Deputy Clerk**