# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GORDON GAMM, Individually and On Behalf of All Others Similarly Situated,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 CV 8420 ( RMB )(    )

-against-

**NOTICE OF APPEAL**

Sanderson Farms, Inc., Joe F. Sanderson, Jr., D. Michael Cockrell, and Lampkin Butts

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:

Lead Plaintiff Gordon Gamm and Plaintiff Don Pritchard

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☑ order  entered on: January 19, 2018

(date that judgment or order was entered on docket)

that: granted Defendants' Motion to Dismiss (Dkt. No. 46) the Second Amended Class Action Complaint (Dkt. No. 43).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

January 31, 2018

Dated

Signature

Gross, Marc I.

Name (Last, First, MI)

POMERANTZ LLP, 600 Third Avenue, Floor 20, New York, NY 10016

Address    City    State    Zip Code

212-661-1100           migross@pomlaw.com

Telephone Number        E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13